FILED

June 10, 2015

Third Court of Appeals
Jeffrey D. Kyle
Clerk

IN THE THIRD COURT OF APPEALS
FOR THE STATE OF TEXAS

JAMES ALAN WEATHERFORD

V.                                                    NO. 03-14-00528-CR

THE STATE OF TEXAS

APPELLANT'S MOTION FOR *PRO SE*
ACCESS TO THE APPELLATE RECORD

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, James Alan Weatherford, and files this his Motion for *Pro Se* Access to the Appellate Record and in support thereof, would show the Court the following:

I.

That the above-styled and numbered cause is styled The State of Texas v. James Alan Weatherford, Cause Number 12-0465-K277 in the 368th Judicial District Court of Williamson County, Texas. Appellant's appointed counsel has filed a motion to withdraw and brief in support of the motion, pursuant to *Anders v. California*, 386 U.S. 738 (1967).

II.

The undersigned Appellant wishes to exercise his right to review the appellate record in preparing to file a *pro se* response to the *Anders* brief that court-appointed counsel has filed in this case. By filing this motion, the undersigned Appellant asks this Court to provide him with free, *pre se* access to the appellate record. See *Kelly v. State*, No. PD-0702-13, 2014 WL 2865901, at *3 (Tex.Crim.App. June 25, 2014)(designated for publication)

RECEIVED
JUN 1 0 2015
THIRD COURT OF APPEALS
JEFFREY D KYLE

## III.

The undersigned Appellant is presently incarcerated and lacks access to a computer. For that reason, he respectfully requests that a paper copy of the appellate record be provided to him

## IV.

This motion is addressed to the Court of Appeals, Third District of Texas, P.O. Box 12547, Austin, Texas 78711-2547. This motion was delivered to the Third Court of Appeals for the State of Texas by U.S. Mail on this the __7__ day of __JUNE__, 2015.

Respectfully Submitted,

James Alan Weatherford

JAMES WEATHERFORD "01953853
John Middleton Unit
13055 F.M. 3522
Abilene, Texas 79601

ABILENE TX 795

08 JUN 2015 PM 1 T

LEGAL
MAIL

Jeffrey D. Kyle, Clerk
Third Court of Appeals
Post Office Box 12547
Austin, Texas 78711

78711332547